UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JEFFREY E. HOWELL, | ) |
| Plaintiff, | ) |
| vs. | ) 1:10-cv-981-SEB-TAB |
| STATE OF INDIANA, et al., | ) |
| Defendants. | ) |

# E N T R Y

The plaintiff's renewed motion for appointment of counsel has been considered. Litigants requesting that counsel be recruited must show as a threshold matter that they made a reasonable attempt to secure private counsel. *Gil v. Reed,* 381 F.3d 649, 656 (7th Cir. 2004); *Zarnes v. Rhodes,* 64 F.3d 285, 288 (7th Cir. 1995). The court must deny "out of hand" a request for counsel made without a showing of such effort. *Farmer v. Haas,* 990 F.2d 319, 321 (7th Cir. 1993). The plaintiff's renewed motion makes no reference to having made this effort or of being prevented from doing so. Accordingly, the plaintiff's motion for the appointment of counsel (dkt 71) is **denied.**

**IT IS SO ORDERED.**

Date: 12/03/2010

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jeffrey E. Howell
2497 Middle Leesville Road
Bedford, IN 47421

Aaron R. Raff
Indiana Attorney General
aaron.raff@atg.in.gov

David A. Arthur
Indiana Office of the Attorney General
david.arthur@atg.in.gov

Jennifer Lynn Haley
City of Indianapolis, Corporation Counsel
jhaley@indy.gov

Justin F. Roebel
City of Indianapolis, Office of Corporation Counsel
jroebel@indygov.org

R. Jeffrey Lowe
Kightlinger & Gray, LLP
jlowe@k-glaw.com

John Thomas Roy
Travelers Staff Counsel Office
jroy@travelers.com